UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                                                  Case No. 6:09-bk-12240-ABB

   Jorge Canellas,                                                   Chapter 7

         Debtor.

_____/

# DECLARATION OF PROPOSED ATTORNEY

Seldon J. Childers submits the following statement in support of the Trustee's *Application To Employ Attorney* (Doc. No. ) in compliance with 11 U.S.C. §328(a) and §329(a) and F.R.B.P. 2014 and 2016.

1. I am an attorney admitted to practice law in the State of Florida and in the United States District Court for the Middle District of Florida.

2. I am a shareholder in the law firm of ChildersLaw, LLC, which maintains its offices at 1330 NW 6th Street, Suite C, Gainesville, FL, 32601, and 37 North Orange Avenue, Suite 500, Orlando, FL 32801.

3. I have been practicing law in the State of Florida since 2008.

4. Neither I nor any member of the ChildersLaw, LLC, firm is a relative of the Debtors.

5. Neither I nor any member of ChildersLaw, LLC, presently represent any creditors, any party to an executory contract of the debtor, or any person otherwise adverse or potentially adverse to the debtor or estate, on any matter, whether such representation is related or unrelated to the debtor or the estate with the exception disclosed below.

6. I and ChildersLaw, LLC, are familiar with the claims for which the Trustee seeks our employment due to our representation of a creditor. I am familiar with the secured claim of Taylor, Bean, and Whittaker and Lehman Brothers Bank against assets which may be avoidable by the Trustee pursuant to 11 U.S.C. §544.

7. I have not previously represented a creditor, a party to an executory contract, or a person otherwise adverse or potentially adverse to the debtor or the estate, on any matter, substantially related to the bankruptcy case with the exception of representing, a creditor herein, in litigation.

8. There is no agreement of any nature to the sharing of any compensation for services performed and to be performed in this case between ChildersLaw, LLC, its shareholders and any other third party.

9. I and ChildersLaw, LLC, have no current connection with the debtor other than representation of a creditor against debtor as stated herein.

10. Consequently, the debtor does not owe ChildersLaw, LLC, any legal fees or costs.

11. I and ChildersLaw, LLC, agree to represent the bankruptcy estate on an hourly basis plus costs. The hourly basis of the members of ChildersLaw, LLC, adjusted to reflect the contingent nature of this case, are as follows:

    (a) Seldon J. Childers, Esq. $320.00 per hour;

    (b) Paralegals - $100.00 per hour

12. I and ChildersLaw, LLC, agree that payment of legal fees and costs billed are contingent upon funds received by the estate in connection with the legal services for which I and ChildersLaw, LLC, are employed.

13. I and ChildersLaw, LLC, understand that in order to receive compensation from the bankruptcy estate, an Application For Compensation pursuant to 11 U.S.C. §330 must be filed by ChildersLaw, LLC, in this case and that any compensation sought will be subject to review and approval by this Court.

14. I and ChildersLaw, LLC, have no interest direct or indirect, which may be affected by the proposed representation.

15. I and ChildersLaw, LLC, understand that the claims outlined in the Application To Employ Attorney, and this Declaration will be brought by this firm on behalf of the Trustee and any benefits obtained will be paid to the Trustee for administration in this bankruptcy case.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 11, 2009.



Sixth Street Executive Center
1330 NW Sixth Street, Suite C
Gainesville, Florida 32601
tel 866.996.6104   fax 407.209.3870
net jchilders@smartbizlaw.com

  /s/ Seldon J. Childers, Esq.   .
Florida Bar No. 61112