UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JORGE CANELLAS,                          Case No. 6:09-bk-12240-ABB
                                                  Chapter 7

      Debtor.
_____/

## U.S. BANK NATIONAL ASSOCIATION'S AMENDED DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

U.S. Bank National Association, as Trustee of the Lehman Brothers Small Balance Commercial Mortgage Pass-Through Certificates, 2006-3 ("U.S. Bank"), pursuant to Bankruptcy Rule 8006 hereby designates items for the Record on Appeal and frames the following Statement of Issues on Appeal:

### Statement of Issues on Appeal

1. Whether the Bankruptcy Court erred in ruling that U.S. Bank lacks standing to bring a Motion for Relief from Stay (Bankruptcy D.E. 48)?

2. Whether the Bankruptcy Court erred in denying U.S. Bank's Motion for Reconsideration (Bankruptcy D.E. 60)?

# Appellate Record Designation

| Docket Entry | Description |
|---|---|
| 1 | Voluntary Petition under Chapter 7. (Fee Paid.). Schedules A-J and Summary of Schedules. Statement of Financial Affairs. Statement of Intentions. Disclosure of Compensation. Statement of Income and Means Test Calculation. Filed by David L. Robold on behalf of Jorge Canellas. (Robold, David) (Entered: 08/21/2009) |
| 12 | Amended Schedule E, *to add Domestic Support Obligation* (Fee Paid.) Filed by David L. Robold on behalf of Debtor Jorge Canellas. (Robold, David) (Entered: 10/05/2009) |
| 13 | Amended Summary of Schedules *docketed together with Amended Schedule E* Filed by David L. Robold on behalf of Debtor Jorge Canellas (related document(s) 12 ). (Robold, David) (Entered: 10/05/2009) |
| 22 | Motion for Relief from Stay. (Fee Paid.) Re: real property. Filed by C Craig Eller on behalf of Creditor U.S. Bank National Association (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Eller, C) (Entered: 10/19/2009) |
| 25 | Objection to *Motion for Relief From Stay filed by US Bank; Reference: Real Property located at 830 Hoffner Avenue Orlando Florida 32809* Filed by Carla Musselman (related document(s) 22 ). (Musselman, Carla) (Entered: 11/10/2009) |
| 43 | Memorandum *in Support of Trustee's Objection* Filed by Seldon J Childers on behalf of Trustee Carla Musselman (related document(s) 25 , 22 ). (Childers, Seldon) (Entered: 12/31/2009) |
| 45 | Second Memorandum *in Support of Trustee's Objection* Filed by Seldon J Childers on behalf of Trustee Carla Musselman (related document(s) 25 , 22 ). (Childers, Seldon) (Entered: 01/11/2010) |
| 46 | Response to *and Objection to Trustee's Memorandum and Memorandum of Law in Support Thereof* Filed by Nicolette Corso Vilmos on behalf of Creditor U.S. Bank National Association. (Vilmos, Nicolette) (Related Document 45 ) Modified on 1/21/2010 (Harden, Nadia). (Entered: 01/20/2010) |
| 48 | Order Denying Motion For Relief From Stay *of Creditor US Bank, National Association and Directing Trustee within 21 days of the entry of this Order to file with the Court a Report of No Distribution or designate this case as an asset case* (Related Doc # 22 ) Signed on 2/9/2010. (Osment, Kim ) (Entered: 02/09/2010) |
| 52 | Motion for Reconsideration Filed by C Craig Eller on behalf of Creditor U.S. Bank National Association (related document(s) 48 ). (Eller, C) (Entered: 02/17/2010) |
| 53 | Opposition *to U.S. Bank's Motion for Reconsideration* Filed by Seldon J Childers on behalf of Trustee Carla Musselman (related document(s) 25 , 22 , 45 , 48 , 46 , 52 , 43 ). (Childers, Seldon) (Entered: 03/02/2010) |

| | |
|---|---|
| 60 | Order Denying Motion for Reconsideration (Related Doc # 52 ). Signed on 4/5/2010. (Deetz, Kathy ) (Entered: 04/05/2010) |
| | Transcript from January 4, 2010 hearing Motion for Relief from Stay |
| | Transcript from December 21, 2009 hearing Motion for Relief from Stay |
| | Transcript from December 7, 2009 hearing Motion for Relief from Stay |
| | Transcript from November 23, 2009 hearing Motion for Relief from Stay |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via either CM/ECF noticing or U.S. Mail to: Attorney for Trustee: **Seldon H. Childers, Esquire**, ChildersLaw LLC, Sixth Street Executive Center, 1330 NW Sixth Street, Suite C, Gainesville, FL 32601; Attorney for Debtor: **David L. Robold, Esquire**, Robert & Robold, P.A., 823 Irma Avenue, Orlando, FL 32803; Debtor: **Jorge Canellas**, 2033 Bearing Ln., Kissimmee, FL 34741; **Carla Musselman, Chapter 7 Trustee**, 1619 Druid Rd., Maitland, FL 32751 and the **United States Trustee**, 135 West Central Blvd., Room 620, Orlando, FL 32801, on the 30th day of April, 2010.

BROAD AND CASSEL
P.O. Box 4961
Orlando, FL 32802-4961
Phone: (407) 839-4200
Fax:   (407) 650-0927

By: /s/ Nicolette Corso Vilmos
Nicolette Corso Vilmos, Esquire
Florida Bar No. 0469051
nvilmos@broadandcassel.com
Roy S. Kobert, P.A.
Florida Bar No. 777153
rkobert@broadandcassel.com
C. Craig Eller, Esquire
celler@broadandcassel.com
Attorneys for U.S. Bank