UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:                                          Case No. 6:09-bk-12240-ABB

JORGE CANELLAS,                      Chapter 7

        Debtor.
_____/

TRUSTEE'S OBJECTION TO
U.S. BANK'S SECOND MOTION FOR RELIEF FROM STAY

COMES NOW CARLA P. MUSSELMAN, CHAPTER 7 TRUSTEE (the Trustee), opposing *Aurora Bank, FSB's and U.S. Bank's Motion for Relief from Stay and Joint Renewed Motion for Relief from Stay and Affidavits in Support* (Doc. No. 73) (the "Renewed Motion"), requesting that the Court deny the Renewed Motion as frivolous, duplicative, and improper, and in support thereof the Trustee states as follows:

Relevant Procedural Background

1. On August 21, 2009, the Debtor filed a voluntary petition for chapter 7 bankruptcy in this Court.

2. On October 19, 2009, U.S. Bank filed its *Motion for Relief from the Automatic Stay* (Doc. No. 22) (the "First Motion for Relief").

3. On November 10, 2009, the Trustee filed her *Objection to US Bank's Motion for Relief from the Automatic Stay* (Doc. No 25).

4. On February 9, 2010, after several hearings and the filing of memoranda by both parties, the Court entered its *Order Denying Motion For Relief From Stay of Creditor US Bank* (Doc. No. 48).

5. On February 17, 2010, U.S. Bank filed its *Motion for Reconsideration* (Doc. No. 52), which was denied without hearing by this Court on April 5, 2010 (Doc. No 60).

6. On April 16, 2010, U.S. Bank filed its Notice of Appeal to District Court (Doc. No. 65), which has been assigned District Court Case Number 6-10-cv-714-Orl-28, and which appeal is pending.

7. On May 14, 2010, U.S. Bank filed its Renewed Motion, which is the subject of this Objection.

Argument

8. The Renewed Motion is an improper attempt by U.S. Bank to take "another bite at the apple."

9. As U.S. Bank knows full well, the Renewed Motion is barred in Bankruptcy Court by *res judicata*. The only avenue open to U.S. Bank is to appeal the final judgment of the Bankruptcy Court, which avenue U.S. Bank is currently traversing.

10. Additionally, the Renewed Motion is improper because: (a) it is duplicative of the pending appeal of U.S. Bank's *first* attempt to gain relief from stay and needlessly multiplies the litigation; (b) the First Motion for Relief was not denied with leave to re-file and U.S. Bank lacks standing to re-file; and (c) U.S. Bank was adjudged by this Court to lack standing to file the First Motion for Relief, so it lacks any ability to file the Renewed Motion.

11. The Renewed Motion constitutes frivolous litigation, unnecessarily wastes judicial resources and creates unnecessary expense for the Estate by requiring it to defend *both* the frivolous litigation as well as the District Court case.

12. The filing of the Renewed Motion violates Federal Rule of Bankruptcy Procedure Rule 9011.

13. Sanctions for the filing of the Renewed Motion are appropriate pursuant to 11 U.S.C. § 105(a).

WHEREFORE, the Trustee respectfully requests that this Court: (a) deny U.S. Bank's Renewed Motion, (b) enjoin U.S. Bank from filing future motions for relief as to the subject property, (c) set a hearing to determine damages and/or sanctions pursuant to 11 U.S.C. § 105, and for all such further relief that this Court deems necessary and appropriate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via first-class United States mail, postage prepaid, or via electronic filing this day, to Creditor: Broad and Cassel, C. Craig Eller, One North Clematis Street, Suite 500, West Palm Beach, FL 33401, and Roy S. Kobert, 390 North Orange Avenue, Suite 1400, Orlando, FL 32801; Debtor: Jorge Canellas, 2033 Bearing Lane, Kissimmee, FL 34741; Debtor's Attorney: David L. Robold, 823 Irma Avenue, Orlando, FL 32803-3806; Chapter 7 Trustee: Carla Musselman, 1619 Druid Road, Maitland, FL 32751-4211; and to the United States Trustee's Office, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801.

Dated this 1st day of June, 2010.

CHILDERSLAW

Sixth Street Executive Center
1330 NW Sixth Street, Suite C
Gainesville, Florida 32601
tel 866.996.6104   fax 407.209.3870
net jchilders@smartbizlaw.com

  /s/ Seldon J. Childers, Esq.    .
  Florida Bar No. 61112