## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

IN RE:                                                             CASE NO.:    6:09-bk-12240-ABB
                                                                                      Chapter 7

**JORGE CANELLAS,**

    Debtor.
_____/

## NOTICE OF AVAILABILITY OF ORIGINAL LOAN
## DOCUMENTS FOR REVIEW AND INSPECTION

The originals of the (i) Mortgage, (ii) Promissory Note, (iii) Allonge and (iv) Assignment of Mortgage and Loan Documents are again available for re-inspection during normal business hours by contacting the office of the undersigned.

Dated this 21st day of June, 2010.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF noticing or U.S. Mail to Attorney for Trustee: Seldon H. Childers, Esquire, Childers Law LLC, Sixth Street Executive Center, 1330 NW Sixth Street, Suite C, Gainesville, Florida 32601; Attorney for Debtor: David L. Robold, Esquire, Robert & Robold, P.A., 823 Irma Avenue, Orlando, Florida 32803; Debtor: Jorge Canellas, 2033 Bearing Lane, Kissimmee, Florida 34741; Carla Musselman, Chapter 7 Trustee, 1619 Druid Road, Maitland, Florida 32751; and the ***United States Trustee***, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, on the 21st day of June, 2010.

                                        **BROAD AND CASSEL**
                                        Attorneys for U.S. Bank
                                        390 North Orange Avenue, Suite 1400
                                        P.O. Box 4961 (32802-4961)
                                        Orlando, Florida 32801
                                        Telephone:    (407) 839-4200
                                        Facsimile:      (407) 650-0927

                                        By:    */s/ Roy S. Kobert*
                                                 Roy S. Kobert, P.A.
                                                 Florida Bar No. 777153
                                                 rkobert@broadandcassel.com